UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>22-CR-20169</u>-JEM

**UNITED STATES OF AMERICA**

vs.

**ACISCLO VALLADARES URRUELA,**

      **Defendant.**
_____/

### JOINT MOTION FOR TWO-WEEK CONTINUANCE OF SENTENCING

COMES NOW, the United States of America, through its undersigned counsel, respectfully requesting, jointly with the defendant, that the Court continue the sentencing presently set for September 21, 2022, for approximately two weeks to a date the week of October 11, 2022, as convenient for the Court. The request is made so that the defendant can satisfy his forfeiture payment by the date of sentencing, as explained in more detail below.

1. As the Court is aware, the defendant pled guilty to conspiring to engage in unlawful monetary transactions, in violation of Title 18, U.S.C., Sections 1956 and 1957. He is presently released on bond and sentencing is set for September 21, 2022.

2. As part of his plea agreement, the defendant has agreed to satisfy a money judgment of $140,000 by the time of his sentencing. The government is preparing to submit a motion for a preliminary order of forfeiture. The defendant is endeavoring to have the payment completed and the parties believe it will be completed shortly. However, to ensure that it is completed by the time of sentencing and thereby avoid any potential disputes about that issue at sentencing, the parties are requesting a short continuance of the sentencing date.

3. For these reasons, the government respectfully requests, jointly with the defendant, that the Court continue the sentencing presently set for September 21, 2022, for approximately two weeks to a date the week of October 11, 2022, as convenient for the Court.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ Walter M. Norkin
WALTER M. NORKIN
Assistant United States Attorney
Court ID No. A5502189
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 718 Miami,
FL 33132-2111
Telephone: (305) 961-9406
Email: Walter.Norkin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served a copy to defense counsel by ECF and email, on September 9, 2022.

*/s/ Walter M. Norkin*
Assistant United States Attorney