UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-20169-CR-MARTINEZ

UNITED STATES OF AMERICA,

v.

ASISCLO VALLADARES URRUELA,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SENTENCE REDUCTION

**THIS CAUSE** came before the Court upon Defendant's Motion or Reduction in Sentence ("Motion"), (ECF No. 83). The Government does not oppose a reduction of sentence to ten months' imprisonment. (*See* ECF No. 88). This Court has reviewed the Motion, pertinent portions of the record, and applicable law, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED** as it relates to the sentence reduction. **A reduction in Defendant's sentence for an adjusted sentence of ten months' incarceration is granted**. All other terms and conditions previously imposed in the *Judgment in a Criminal Case*, (ECF No. 74), entered on October 17, 2022, shall remain in full force and effect. An *Amended Judgment in a Criminal Case* will also be issued.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of April, 2024.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record